**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sara Kelly,<br><br>                Plaintiff,<br><br>v.<br><br>Galean LLC, d/b/a Super Inn Motel<br><br>                Defendant. | No. CV-22-00396-BGM<br><br>**ORDER TO SHOW CAUSE** |

This cause of action was filed on September 5, 2022. On the same date, a Summons was issued as to "Galean LLC doing business as Super Inn Motel" with paper copies mailed to Plaintiff the following day. *See* Summons (Doc. 2); Docket 09/05/2022. Plaintiff has not filed a proof of service in this matter, nor has she sought to extend the time for service. *See* Fed. R. Civ. P. 6(b). Defendant has not appeared in this cause of action. Rule 4(m), Federal Rules of Civil Procedure, states:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1), or to service of a notice under Rule 71.1(d)(3)(A).

Fed. R. Civ. P. 4(m).

Accordingly, IT IS HEREBY ORDERED:

1) Petitioner is **ORDERED TO SHOW CAUSE** why this case should not be **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m), Federal Rules of Civil Procedure, by filing a writing with this Court **on or before January 31, 2023**.

2) Should Plaintiff fail to timely comply with this Order, the Court will dismiss this case, **without further notice**.

Dated this 4th day of January, 2023.

_____
Honorable Bruce G. Macdonald
United States Magistrate Judge