# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sara Kelly,<br>           Plaintiff,<br>v.<br>Galean LLC,<br>           Defendant. | No. CV-22-00396-TUC-RCC<br><br>**ORDER** |

On March 29, 2023, Magistrate Judge Bruce G. Macdonald issued a Report and Recommendation ("R&R") recommending dismissal of this case without prejudice appropriate in this matter as Plaintiff has failed to effectuate service of process on the Defendant, or provide proof thereof in the record, within the extension of time granted by this Court, which elapsed on Thursday, March 2, 2023. (Doc. 14 at 2; *see also* Docs. 11, 13.) The R&R referenced General Order 21-25 and notified the parties they had fourteen (14) days from the date of the R&R to file any objections. No objections have been filed.

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154.

The Court has reviewed and considered the original Complaint (Doc. 1), the Order

to Show Cause (Doc. 8), the Plaintiff's Response to the Court's Order to Show Cause (Doc. 12), Magistrate Judge Macdonald's Order granting Plaintiff's request for an extension of time to serve (Doc. 13), and Magistrate Judge Macdonald's R&R (Doc. 14). The Court finds the R&R well-reasoned and agrees with Magistrate Judge Macdonald's conclusions.

Accordingly, **IT IS ORDERED** the R&R (Doc. 14) is **ADOPTED** and Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall docket accordingly and close the case file in this matter.

Dated this 18th day of April, 2023.

Honorable Raner C. Collins
Senior United States District Judge